No. A–541 (91–1193). NEW BERLIN GRADING CO., INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–1045. IN RE DISBARMENT OF COHEN. Disbarment entered. [For earlier order herein, see *ante*, p. 935.]

No. D–1051. IN RE DISBARMENT OF URROZ. Disbarment entered. [For earlier order herein, see *ante*, p. 966.]

No. D–1054. IN RE DISBARMENT OF NORRIS. Disbarment entered. [For earlier order herein, see *ante*, p. 978.]

No. D–1055. IN RE DISBARMENT OF ROGERS. Disbarment entered. [For earlier order herein, see *ante*, p. 978.]

No. D–1081. IN RE DISBARMENT OF STELLA. It is ordered that Michael J. Stella, of Harrison, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1082. IN RE DISBARMENT OF SOLODKY. It is ordered that Lawrence Wayne Solodky, of Longwood, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1083. IN RE DISBARMENT OF GATTSEK. It is ordered that Harold Jack Gattsek, of Annandale, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1084. IN RE DISBARMENT OF GREENSPAN. It is ordered that Jeffrey Lee Greenspan, of Rockville, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $7,644 for the period October 1 through De-